## CONNECTICUT NATIONAL BANK *v.* GEORGE W. GAGER

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 797 (AC 21457), is granted, limited to the following issue:

"Did the Appellate Court properly decline to review the defendant's claim on the basis of an inadequate record?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16682.

*Andrew Brand,* in support of the petition.

*Paul M. Geraghty* and *Barbara A. Arnold,* in opposition.

Decided February 6, 2002

## KEVIN R. STANLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin R. Stanley's petition for certification for appeal from the Appellate Court, 67 Conn. App. 357 (AC 20530), is denied.

*Richard C. Marquette,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.